✓ FILED _____ LO___
_____ RECEIVED _____ COPY

JUL – 6 2005

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
_____ B DEP___

✓ FILED _____ LODGED
RECEIVED _____ COPY

JUN 2 9 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1  PAUL K. CHARLTON
United States Attorney
2  District of Arizona
Reese V. Bostwick
3  Assistant U.S. Attorney
Arizona State Bar Number 009954
4  405 West Congress Street, Suite 4800
Tucson, Arizona 85701-5040
5  Telephone: (520) 620-7300
Attorneys for Plaintiff

6              UNITED STATES DISTRICT COURT

7                 DISTRICT OF ARIZONA

8  United States of America,              ]
9              Plaintiff,                  ]   CR 99-1475-TUC-JMR(HCE)
                                           ]
10             v.                          ]   ADMISSIONS OF ALLEGATION
                                           ]   CONTAINED IN PETITION TO
11 Gary Don Pannell,                       ]   REVOKE SUPERVISED RELEASE
                                           ]   AND/OR PROBATION
12             Defendant.                  ]
                                           ]
13 ────────────────────────────────────────┘

14         The United States of America and the defendant agree to the following disposition

15 of this matter:

16                    TERMS OF THE AGREEMENT

17 1.    This is a revocation of:

18              (X)    supervised release

19              ( )    probation

20 2.    The defendant will admit to allegation (s) _____ℬ_____ in the Petition to Revoke.

21 This is a Grade _C_ violation.  As a result, the defendant's supervised release / probation

22 will be revoked.  The government agrees to dismiss at sentencing any remaining allegations

23 in the petition, if the defendant is sentenced in accordance with this agreement.

24

25

26

USA, Bartolino, PD

3.    The parties agree that the defendant will be sentenced to:

      (x)           6       months incarceration; OR

      ( )    a period of incarceration not to exceed the middle of the applicable guideline range under U.S.S.G. § 7B1.4(a) (Revocation Table), and not below the minimum of that range; OR

      ( )    other (specify):_____

      _____

4.    This sentence will be followed by:

      ( )    an additional term of _____ months of supervised release

      (x)    an additional term of supervised release to be determined by the court

      ( )    NO additional term of supervised release

If the defendant is sentenced to a term of probation or supervised release, the defendant agrees to comply with the previously imposed conditions and any others the probation department or court deems appropriate.

      ( )    In addition, the following additional condition(s) shall be imposed:

      _____

      _____

      _____

5.    Consecutive/Concurrent sentences:

      (x)    There is no agreement regarding consecutive or concurrent sentences (or the issue is not applicable in this case);

      ( )    The government agrees that it will not take a position whether this sentence should be concurrent or consecutive to another sentence.

6.    Statutory and Guideline Provisions:

    a)    U.S.S.G. § 7B1.4, the Terms of Imprisonment (Policy Statement) provides:

**Revocation Table**
(In months of imprisonment)

| Grade of Violation | I | II | III | IV | V | VI |
|---|---|---|---|---|---|---|
| Grade C | 3-9 | 4-10 | 5-11 | 6-12 | 7-13 | 8-14 |
| Grade B | 4-10 | 6-12 | 8-14 | 12-18 | 18-24 | 21-27 |
| Grade A | **(1)** Except as provided in subdivision (2) below: | | | | | |
| | 12-18 | 15-21 | 18-24 | 24-30 | 30-37 | 33-41 |
| | **(2)** Where a defendant was on probation or supervised release as a result of a Class A felony: | | | | | |
| | 24-30 | 27-33 | 30-37 | 37-46 | 46-57 | 51-63 |

b)    Penalties applicable for defendant's original offense:

     1)   Criminal History - _____ I _____

     2)   Guideline Range - ___ 63 to 78 months ___

     3)   Statutory Maximum incarceration - ___ 40 years ___

c)    Supervised release statutory maximums pursuant to 18 U.S.C. § 3583 (e)(3):

     1) Class A felony - 5 years

     2) Class B felony - 3 years

     3) Class C or D felony - 2 years

     4) Any other case - 1 year

7.    <u>Waiver of Appeal & Collateral Attacks</u> - The defendant waives any and all motions, defenses, probable cause determinations, and objections which the defendant could assert to the information or indictment, or petition to revoke, or to the Court's entry of judgment and imposition of sentence upon the defendant, providing the sentence is consistent with this agreement. The defendant further waives: (1) any right to appeal the Court's entry of judgment against defendant; (2) any right to appeal the imposition of sentence upon defendant; and (3) any right to collaterally attack defendant's conviction and sentence in a habeas petition under 28 U.S.C. § 2255 or motion under any other statute or rule. If the

defendant files a notice of appeal or any habeas petition, notwithstanding this agreement, the defendant agrees that, upon motion of the government, this case shall be remanded to the district court to determine whether defendant is in breach of this agreement and, if so, to permit the United States to withdraw from the plea agreement.

8.     The defendant understands the government's obligation to provide all information in its file regarding the defendant to the United States Probation Office. The defendant fully understands and agrees to cooperate fully with the United States Probation Office in providing all information requested by the probation officer.

9.     I understand all of the provisions of this agreement. This written plea agreement contains all the terms and conditions of my plea, and any promises made by anyone (including my attorney) that are not contained within this written agreement are without effect and are void.

_____          _____
Date                                              Gary Don Pannell
                                                  Defendant

10.     I have discussed this case and the plea agreement with my client in detail, and have translated it for him if he does not speak English. No assurances, promises, or representations have been given to me or my client by the government or by any of its representatives which are not contained in this written agreement. I concur in the entry of the plea as indicated above and on the terms and conditions set forth in this agreement as in the best interests of my client.

_____          _____
Date                                              Jeffrey D. Bartolino
                                                  Attorney for Defendant

4

11.    I have reviewed this matter and the plea agreement.  I agree on behalf of the United States that the terms and conditions set forth are appropriate and are in the best interests of justice.

PAUL K. CHARLTON
United States Attorney
District of Arizona

JUNE 29, 2005
Date

Reese V. Bostwick
Assistant U.S. Attorney