# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

**UNITED STATES OF AMERICA**
    v.
**GARY DON PANNELL**

No. **CR 99-01475-001-TUC-JMR(HCE)**

USM#: 77130-008

**JUDGMENT AND COMMITMENT
REVOCATION OF SUPERVISED RELEASE**

Jeffrey Bartolino, (Appointed)
Attorney for Defendant

On 9/27/00 the defendant, present with counsel, appeared for sentencing for violating, Title 21, UNITED STATES CODE §846 and 841(a)(1)&(b)(1)(C), Conspiracy to Possess with Intent to Distribute Marijuana, a Class C Felony offense, as charged in Count 1 of the Indictment Title 21, UNITED STATES CODE §861(a)(1) and (b), Employment of Persons under 18 Years of Age 21, a Class B Felony offense, as charged in Count 3 of the Indictment filed herein.

    The defendant was sentenced to a term of **SIXTY (60) MONTHS** imprisonment and upon release, **SIX (6) YEARS** of supervised release to follow.

On 5/16/05 the United States Attorney filed a petition to revoke the term of supervised release.

On 6/23/05 the defendant appeared with counsel and admitted allegation(s) B as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on 9/27/00 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **SIX (6) MONTHS**, with a term of **SIXTY (60) MONTHS** supervised release to follow.

In addition to the standard conditions of supervision, the defendant shall also comply with the following special conditions:
1. You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing up to five times per month for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.
2. You shall submit your person, property (including but not limited to computer, electronic devices, and storage media), residence, office, or vehicle to a search conducted by a probation officer, at a reasonable time and in a reasonable manner.
3. You shall provide the probation officer access to any requested financial information.
4. You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer.

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

**IT IS FURTHER ORDERED** that all remaining allegation(s) are dismissed.

The Court orders commitment to the custody of the Bureau of Prisons and recommends and that the defendant be placed in and supervised in an institution in Arizona.

The defendant previously waived the right to appeal.

<u>September 9, 2005</u>
Date of Imposition of Sentence

    DATED this 19th day of September, 2005.

_____
John M. Roll
United States District Judge

CC: USA/CNSL(Jeffrey Bartolino)/PROB/PTS/JUDGE/USM(2 certified)/ICE(1 certified)/Order Book

CR 99-01475-001-TUC-JMR(HCE) - PANNELL