# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA
v.
GARY DON PANNELL

USM#: 77130-008

No. CR 99-01475-001-TUC-JMR(HCE)(MEA)

**JUDGMENT AND COMMITMENT
REVOCATION OF SUPERVISED RELEASE**

Rick Jones, (Retained)
Attorney for Defendant

On 2/20/2002 the defendant, present with counsel, appeared for sentencing for violating, Title 21, USC 846 and Title 21, U.S.C. §841(a)(1) and (b)(1)(C), Possession with Intent to Distribute Marijuana, a Class C Felony offense, as charged in Count 1 of the Indictment; Title 21, U.S.C. §861(a)(1) and (b) Employment of Persons under 18 Years of Age 21, a Class B Felony offense, as charged in Count 3 of the Indictment.

> The defendant was sentenced to a term of **SIXTY (60) MONTHS** imprisonment and upon release, **SIX (6) YEARS** of supervised release to follow.

On 11/5/2008 the United States Attorney filed a petition to revoke the term of supervised release.

On 12/9/2008 the defendant appeared with counsel and admitted allegation(s) C & D as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on 2/20/2002 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **NINE (9) MONTHS** on Count One and **Eighteen (18) Months on Count Three**, to run concurrently, with term of **(0) MONTHS** supervised release to follow.

In addition to the standard conditions of supervision, the defendant shall also comply with the following special conditions:
❖

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

**IT IS FURTHER ORDERED** that all remaining allegation(s) are dismissed.

The Court orders commitment to the custody of the Bureau of Prisons

The defendant previously waived the right to appeal.

March 9, 2009
Date of Imposition of Sentence

3/9/09
Dated

MARVIN E. ASPEN
UNITED STATES DISTRICT JUDGE

CR 99-01475-001-TUC-JMR(HCE) - PANNELL